# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:22-CR-0178-S |
| | § | |
| JACOBIE DEON CRAWFORD | § | |

## ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 50] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Jacobie Deon Crawford's term of supervised release. *See* Electronic Order [ECF No. 57]. The Court has received the Report and Recommendation of the United States Magistrate Judge ("Recommendation") and Defendant's Waiver of Right to Object [ECF No. 62] and the Supplement to the Recommendation [ECF No. 63] pursuant to its order. Defendant waived his right to object to the Recommendation. *See* ECF No. 62. The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant is sentenced to a term of imprisonment of **one day**, with a further term of **nine months** of supervised release to follow. The Court **ORDERS** the same conditions of supervised release previously imposed and imposes an

additional condition requiring Defendant to complete a mental health evaluation and follow all recommendations resulting from that evaluation.

**SO ORDERED.**

SIGNED September 3, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**